Michael Caruso, Federal Public Defender, Bonnie Phillips–Williams, Federal Public Defender's Office, Samuel J. Randall, Kenny Nachwalter, PA, Miami, FL, for Defendant–Appellant.

Before PRYOR, FAY, and EDMONDSON, Circuit Judges.

PER CURIAM:

Carmelo Rosado–Curbelo appeals his 33–month (upward variance) sentence; and his 18–month sentence imposed following the revocation of the supervised release in two cases (although he raises no argument on appeal about his 18–month sentence). In context of the record, the district court's explanation for his 33–month sentence, though brief, was adequate; and that sentence was procedurally reasonable. *See United States v. Agbai*, 497 F.3d 1226 (11th Cir.2007). The court's 33–month sentence was also substantively reasonable in the light of the record and the relevant sentencing factors identified in 18 U.S.C. §§ 3553(a) and 3853(e), particularly given Rosado–Curbelo's problems with recidivism and with adhering to the terms of his supervised release.

AFFIRMED.

BANTA PROPERTIES, INC.,
Plaintiff–Appellee,

v.

ARCH SPECIALTY INSURANCE
COMPANY, Defendant–
Appellant.

No. 13–10153.

United States Court of Appeals,
Eleventh Circuit.

Jan. 24, 2014.

Jay Kim, Brian Lee Lerner, Kim Vaughan Lerner LLP, Fort Lauderdale, FL, Lauren Levy, Levy Law Group, Coral Gables, FL, Bard D. Rockenbach, Burlington & Rockenbach, P.A., West Palm Beach, FL, Gregory Charles Ward, The Ward Law Group, PL, Miami, FL, for Plaintiff–Appellee.

Jacob C. Cohn, Gordon & Rees, Philadelphia, PA, Richard Michael Dunn, Raquel Maria Fernandez, Cozen O'Connor, Miami, FL, for Defendant–Appellant.

Before CARNES, Chief Judge,
WILSON and FAY, Circuit Judges.

PER CURIAM:

In light of our opinion in *Banta Properties, Inc. v. Arch Specialty Insurance Co.*, No. 12–14186, —— Fed.Appx. ——, 2014 WL 274478 (11th Cir. Jan. 24, 2014), we vacate the judgment regarding attorneys' fees because Banta Properties, Inc. is no longer the prevailing party. *See* Fla. Stat. §§ 626.9373, 627.428.

**VACATED** and **REMANDED** with instructions to enter judgment in favor of the appellant.